

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00219-CV |
| Style: | In the Interest of C.R.M., A.L.T., and L.N.T. |
| Date motion filed[*]: | April 17, 2014 |
| Type of motion: | Motion for extension of time to file brief |
| Party filing motion: | Appellant |
| Document to be filed: | Brief |

Is appeal accelerated?     Yes

If motion to extend time:

| | | |
|---|---|---|
| Original due date: | May 5, 2014 | |
| Number of previous extensions granted: | 0 | Current Due date:  May 5, 2014 |
| Date Requested: | June 1, 2014 | |

Ordered that motion is:

☑     Granted

If document is to be filed, document due:  June 2, 2014

☑  Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

**We grant appellant's motion for extension of time and order appellant's brief filed no later than June 2, 2014.  Due to the accelerated nature of this appeal, no further extensions of time to file appellant's brief will be granted, absent extraordinary circumstances.  Appellee's brief will be due 20 days from the date appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).**

Judge's signature:   /s/ Evelyn V. Keyes
                              ☑ Acting individually     ☐ Acting for the Court

Panel consists of   _____

Date: April 22, 2014

November 7, 2008 Revision